The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SEATTLE SPERM BANK, LLC, a Washington limited liability company,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CRYOBANK AMERICA, LLC, a Texas limited liability company; MICHAEL BLAINE, a Texas resident; SANJAY KUMAR, a Texas resident,<br>　　　　　　　Defendants. | CASE NO.  2:17-cv-01487-RAJ<br><br>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT |

　　　　Pursuant to Fed. R. Civ. P. 7.1, defendant Cryobank America, LLC hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

　　　　Dated this 6th day of December, 2017.

Respectfully submitted,

NORRED LAW, PLLC                                HACKER & WILLIG, INC., P.S.

*/s/ Warren Norred*                              */s/ Charles L. Butler, III*
Warren V. Norred, *PHV*, TX SBN 24045094        Charles L. Butler, III, WSBA #36893
wnorred@norredlaw.com                            charlie@hackerwillig.com
200 E. Abram, Suite 300                          520 Pike Street, Suite 2500
Arlington, TX 76010                              Seattle, Washington 98101-1385
Telephone (817) 704-3984                         Telephone (206) 340-1935
Facsimile (817) 524-6686                         Facsimile (206) 340-1936
Co-Counsel for Defendants                        Co-Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 6th day of December, 2017.

                                Respectfully submitted,

                                HACKER & WILLIG, INC., P.S.

                                */s/ Charles L. Butler, III*
                                Charles L. Butler, III, WSBA #36893