1

2

3

4

5

Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

11

12

13

| | |
|---|---|
| SEATTLE SPERM BANK, LLC, a Washington limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> CRYOBANK AMERICA, LLC, a Texas limited liability company; MICHAEL BLAINE, a Texas resident; SANJAY KUMAR, a Texas resident, <br><br> Defendants. | CASE NO.  2:17-cv-01487-RAJ <br><br> **DECLARATION OF ALLISON GOODMAN, CCE** |

14

15

16

17

18

19

20

1.      My name is Allison Goodman. I am over 18 years of age, am competent to testify in this matter and make this declaration based on my own personal knowledge under penalty of perjury of the laws of the State of Washington.

2.      I am the President of eDiscovery Inc., a consulting firm that provides electronic discovery and computer forensic services to law firms and corporate counsel nationwide.  I am a Certified Computer Examiner and have forensically examined hundreds of hard drives and provided testimony regarding the results.  I am a member of the Sedona Conference WG1 on Electronic Document Retention and Production and a Dialogue Leader for the 2017 Annual

DECLARATION OF ALLISON GOODMAN, CCE - 1
CASE NO.  2:17-cv-01487-RAJ

Meeting.  I was on the initial Advisory Board for the University of Washington's Electronic Discovery certificate program and their Computer Forensic certificate program.  I am the President of a local organization called Computer Technology Investigators Network (CTIN) that provides training to our colleagues on electronic discovery, digital forensics and cyber security issues.  I have spoken at numerous seminars on electronic discovery and computer forensics for the Washington State Bar Association, the King County Bar Association and numerous other organizations.   I have the requisite knowledge, experience and training to analyze and inform the court on issues related to digital forensics and electronic discovery. Attached as Exhibit 1 is a copy of my curriculum vitae.

**Imaging of Blaine and Kumar Seattle Sperm Bank Computers.**

3.       Seattle Sperm Bank ("SSB") identified two computers that were used by the defendants, Michael Blaine and Sanjay Kumar.  One was a generic black and red desktop tower that contained a 240 GB Silicon Power solid state drive (SN# 1535199-10-0310-P).   The other was a Lenovo All-In-One that held a 1 TB Seagate hard drive (SN# S4Y2J5HQ).   Both hard drives were imaged used a Tableau T35u write-blocker and the images were created with EnCase by Guidance Software.  A write-blocker prevents any data from being inadvertently written to the evidence hard drive during the imaging process.  EnCase creates evidence files with a file extension of .e01[1] which are the most commonly used image files in the forensic digital community.

4.       **Summary of Analysis**.  As will be more fully described below, there is evidence that defendant Michael Blaine copied the entire contents of folders entitled *SSB Forms* and *SSB SOPs* from the SSB network to a removable USB device on December 15, 2016.   The same user profile also copied an Access database called Donor Database from the SSB server located

---

[1] EnCase now also creates evidence files with a file extension of .ex01 but the legacy .e01 format remains an option.

**DECLARATION OF ALLISON GOODMAN, CCE - 2**
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

in Seattle, Washington to his local desktop on March 8, 2017.  The evidence indicates that this file was also likely copied to either a removable device or uploaded to a cloud storage site.  The "mike" user profile also accessed a number of other user's profiles and folders on the SSB server, which is located in Seattle,from May 2016 to May 2017.  There is also evidence that at least some of these folders were copied to a removable device.

5.      Defendant Michael Blaine uses a Gmail address of mablaine@gmail.com. Defendant Sanjay Kumar uses email addresses sanjay.kumar@icloud.com and sanjay.kumar@mac.com.  All these email addresses are associated with online storage accounts that can be used to transfer and store SSB data.

6.      **Shellbags  - Lenovo.**  Shellbags are created within the registry of the Windows operating system on any computer that uses Windows, such as those used by Blaine and Kumar while at SSB.  The registry holds many of the details the Windows operating system uses to function.  The information stored in Shellbags identifies the way the contents of a folder are viewed (e.g., a list, details or icons).   Whenever any changes are made to a folder view, the information about the folder is stored in a Shellbag within the Windows registry.  This provides very concrete evidence of the existence of folders that may no longer exist on the hard drive. The following are entries from the "mike" user profile on the Lenovo AIO desktop.   As can be seen below, the folders entitled SSB Forms and SSB SOPs were created on a removable device identified as drive "E" on December 15, 2016.

DECLARATION OF ALLISON GOODMAN, CCE - 3
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

| Name | Shell Path | Target Created (PST) | Target Last-Accessed PST | Target Last-Modified PST | Source Registry File Path |
|------|-----------|---------------------|-------------------------|-------------------------|--------------------------|
| SSB Forms | Desktop\My Computer (Computer)\E:\SSB Forms | 12/15/2016 10:40 | 12/15/2016 10:40 | 12/8/2016 10:01 | 170801_002\G\Users\mike\AppData\Local\Microsoft\Windows\UsrClass.dat |
| SSB SOPs | Desktop\My Computer (Computer)\E:\SSB SOPs | 12/15/2016 10:41 | 12/15/2016 10:41 | 12/7/2016 11:08 | 170801_002\G\Users\mike\AppData\Local\Microsoft\Windows\UsrClass.dat |
| SSB SOP Word documents | Desktop\My Computer (Computer)\E:\SSB SOPs\SSB SOP Word documents | 12/15/2016 10:41 | 12/15/2016 10:41 | 11/21/2016 16:26 | 170801_002\G\Users\mike\AppData\Local\Microsoft\Windows\UsrClass.dat |

7.    **Shellbags - Generic Desktop.**  There are user profiles for "mike" and "sanjay" on both the hard drives that were imaged.  The above information was for the Lenovo AIO desktop.  Attached as Exhibit 2 is a list of shellbag entries from the generic desktop.  This spreadsheet shows that the "mike" user profile accessed a number of directories on the network that appear to have belonged to other people.

8.    Within the Shell Path column on Exhibit 2 is a filepath that contains an entry for ssb01.  This is the name of one of the SSB's servers that is physically located in Seattle, Washington.

9.    **LNK Files - Generic Desktop.**  LNK files are shortcuts created by the Windows operating system when a file or program is accessed.  Attached as Exhibit 3 is a list of lnk files from the "mike" and "sanjay" user profiles on the generic desktop tower at SSB.

10.    Prior to the implementation of its current system, SSB used an Access database to track and manage information about its donors.  On March 8, 2017, this database was copied from the SSB server called SSB01[2] to the Desktop folder within the "mike" user profile.

---

[2] The "SSB" server names are designations for servers located in Seattle, Washington.

**DECLARATION OF ALLISON GOODMAN, CCE - 4**
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

11.     I opened the database file in Microsoft's Access program and it contains information for over 950 men, including physical addresses, email addresses, phone numbers, birthdates and social security numbers.  Another table within the database includes additional information for some of the men, including the date of their last physical and whether they have engaged in counseling.

12.     The evidence on Exhibit 3 regarding the Donor Database file has been highlighted in yellow.  This evidence strongly indicates that this file was in fact copied to either a removable device or uploaded to a cloud storage site.  The file existed on the SSB01 server which was not a server that the "mike" user profile typically accessed.  The PHX server that was physically located in Phoenix, Arizona was mapped to his computer as the "O" drive.  The SSB01 server was in Seattle.

13.     On March 8, 2017, at 10:31:02 am, a file entitled Donor Database was created within the Desktop of the "mike" user profile.  The lnk file identified on Exhibit 3 for the Donor Database file was created on March 8, 2017 at 10:28:50 am.  The 2+ minute difference between the time the lnk file was created and the time the Donor Database file was created on the desktop is likely attributable to the time it took to copy the file from the server.

14.     Finally, Exhibit 3 also identifies several folders that existed on a removable device including folders entitled "Donor", "Sales 1", "Sales 2", "Boston IVF Sales 1", "Canada Sales 1", "Manny", "Kelly" and "Phoenix Sperm Bank" which appears to be the root of all files located on the server.

15.     **LNK Files - Lenovo**.  Attached as Exhibit 4 are the lnk files from the Lenovo AIO which identifies **some** of the files and folders that were copied to a removable USB device.  The entries on exhibit 4 have been sorted by the "Linked Path" column which is the name of the

**DECLARATION OF ALLISON GOODMAN, CCE - 5**
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

file or folder that was accessed.  The first 10 entries identify the files and folders that were **accessed** from a removable device.  One of these folders is entitled *SSB Forms* which was created on the USB drive on May 2, 2017.  Several other documents were created on this device on December 15, 2016 in a folder entitled *SSB SOPs\SSB SOP Word Documents.*  And another folder called *SSB SOP Word Documents* was created on March 30, 2017.

16.   When viewed in totality the dates and names of the folders created indicate that the user was collecting documents over time.  In December 2015, the *SSB SOP Word Documents* folder was a subfolder of the *SSB SOPs* folder but was moved to the root of the USB drive on March 30, 2017.

17.   And even though there are only two Word documents that are identified on Exhibit 4 as having been accessed from the *SSB SOP Word documents* folder on this device it is extremely likely that there are many more files within that folder.

18.   Finally, the root *seattle\SSB Forms* folder was accessed from SSB's server on May 2, 2017 at 1:42 pm which is 5 minutes before the *SSB Forms* folder was created on the USB device. This is very strong evidence that the entire *SSB Forms* folder was copied to the removable device.

19.   In addition to the *SSB Forms* folder for which we have very strong evidence that it was copied in its entirety, the repeated and prolific access to files and folders in the "Angelo" home directory indicate many of these files were likely copied as well.

20.   **Jumplists - Generic Desktop**.  Jumplists are another artifact that is available on the more recent versions of Windows operating systems.  Jumplists are similar to lnk files except they are created by the application that is used to open the program and lnk files are created by

DECLARATION OF ALLISON GOODMAN, CCE - 6
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1    the operating system.  Consequently, there are often jumplists **and** lnk files showing the same

2    files being accessed which provides even more conclusive evidence of activity.

3         21.    Attached as Exhibit 5 are jumplists obtained from the generic desktop computer

     within the "mike" and "sanjay" user profiles.  I have highlighted the entries on this exhibit in

4    yellow that relate to the Donor Database.  These items show that the "mike" user profile

5    accessed the Donor Database by opening it up in Microsoft's Access program from the Seattle

6    based server on 3/8/17 at 10:20 am and then accessed  file with the same name and file size from

7    his desk on the same day at 1:52 pm.

8         22.    Prior to this access on March 8, 2017, the Donor Database file on the Seattle

9    based server had not been accessed since October 6, 2016, which is consistent with the importing

     of this data to their new system.

10        23.    **Jumplists - Lenovo**.  Attached as Exhibit 6 are the jumplist artifacts from the

11   Lenovo AIO.  Another difference between jumplists and lnk files is that jumplists are contained

12   in a compressed file per application and lnk files are separate individual files.  This means that

13   lnk files have a file system creation date for the actual lnk file which identifies when the file was

14   opened.  With jumplists we only have the MAC dates (modified, accessed and created) for the

15   target file – the file that was accessed and opened.  However, for a file that was accessed from a

16   USB drive, the "Target File Created Date" is the date the file was created in that particular

17   location – the date it was copied to the USB drive.  The jumplists for the Lenovo show the same

     *SSB Forms* folder as was identified in the lnk files, but also shows a folder called *SSB SOPs*.  We

18   know this folder existed from the lnk files because in December 2015 it was the root of the folder

19   for the *SSB SOP Word documents* folder that was moved to the root of the USB drive on March

20   30, 2017.

**DECLARATION OF ALLISON GOODMAN, CCE - 7**
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

24.     But the *SSB SOPs* folder that is now in the root of the removable device was created on May 2, 2017.  This indicates that the entire *SSB SOPs* folder that exists on the SSB01 server in Seattle was copied to the USB drive on May 2, 2017.  This folder contains 176 subfolders and 1,483 files.

25.     As would be expected, the jumplists also provide evidence of the same files and folders being opened from a USB drive as were identified by the lnk files.

26.     **USB Drives.**  There is a file called setupapi.dev.log that stores information related to the installation of drivers that are necessary for a USB drive.  As indicated on Exhibits 4 and 6, the volume name for the USB drive is FD64GB.  Contained within the setupapi.dev.log is the following information related to that volume:

*USBSTOR#Disk&Ven_JetFlash&Prod_Transcend_64GB&Rev_1100#65DXUUCFC5EDCIVI&*
*0#{5*
*3f56307-b6bf-11d0-94f2-00a0c91efb8b}:*
   *set:   Description:   ****FD64GB****
   *set:   Parent Device:   STORAGE\Volume\*
*_??_USBSTOR#Disk&Ven_JetFlash&Prod_Transcend_64GB&Rev_1100#65DXUUCFC5EDCI*
*VI&0#{53f56307-b6bf-11d0-94f2-00a0c91efb8b}*

This information identifies the USB drive that was used to copy the files identified on Exhibits 4 and 6 (the Lenovo LNK files and Jumplists) as a Transcend 64 GB flash drive.

**Evaluation of Cryobank America, LLC's Server Data.**

27.     On approximately October 23, 2017, I retained Protegga Digital Forensics to secure forensically sound images of computer hard drives owned by Cryobank America, LLC ("Cryobank"), as well as phone and computer hard drives owned by Defendants Kumar and Blaine.  I understand Defendants made these available pursuant to an agreement between counsel in this lawsuit.  I retained Protegga because individuals within this company are also certified

**DECLARATION OF ALLISON GOODMAN, CCE - 8**
CASE NO.  2:17-cv-01487-RAJ

computer examiners (CCE) and they are local to Cryobank's place of business.  It is typical for experts in the field of computer forensics to rely on peers to make forensically sound images of digital devices since the process is easily verifiable.

28.     On October 26, 2017, Protegga was provided access to Cryobank's computers for imaging purposes.  Attached as Exhibit 7 is a table identifying the devices imaged at Cyrobank which includes two "Lab" computers, two "Office" computers, a server with over 7 TB of data and Macbooks used by Mr. Blaine and Mr. Kumar.  The description for the devices was provided by Defendants.

29.     In early November, 2017, we received the images obtained by Protegga.  The 7.5 TB server took longer to archive so we did not receive all the images at the same time.  Upon receipt of the data we created archives and began processing the images of the hard drives in a variety of programs.    Because the data is voluminous, I am still in the process of evaluating the material.

30.     Notwithstanding my continuing work, I have found the following evidence of Cryobank's use of the materials copied on the USB drive identified in paragraph 26 or uploaded to a cloud storage site as follows:

a.      Both the Lab 1 and Lab 2 computers contain evidence of Seattle Sperm Bank documents having previously existed on the hard drives.

b.      This evidence primarily exists in a Volume Shadow Copy (VSC) created October 10, 2017 at 2:08pm on the Lab 2 computer and a VSC created October 11, 2017 at 2:36 on the Lab 1 computer.  The Windows operating system automatically creates a VSC every 24 – 48 hours or when programs are installed or removed.  A VSC creates a copy of programs and documents that can be used to restore the system if it malfunctions.

**DECLARATION OF ALLISON GOODMAN, CCE - 9**
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1           c.      A Dropbox folder exists in the October 10, 2017, VSC within the

2    mike.CYRO user profile on the Lab 2 computer.  This Dropbox folder was created on July 10,

3    2017 and it no longer exists in the current mike.CYRO user profile or in the VSC created on

4    October 17, 2017, meaning that it has been deleted.  Because the Dropbox folder existed in the

     user profile on the VSC on October 10 but not in the VSC that was created on October 17, it was

5    deleted between those two dates.

6           d.      A Dropbox folder exists in the October 11, 2017, VSC within the

7    mike.CYRO user profile on the Lab 1 computer.  This Dropbox folder was created on July 6,

8    2017 and it no longer exists in the current mike.CYRO user profile on the Lab 1 computer or the

     VSC that was created on October 17, 2017.  Just as with Lab 2 above, the Dropbox folder in the

9    mike.CYRO user profile existed in the October 11, 2017 VSC but not in the October 17, 2017,

10   VSC meaning that it was deleted between those two dates.

11          e.      A Dropbox folder within the user profile indicates that the user was

12   synchronizing their online Dropbox account with their local computer.  The deletion of this

13   Dropbox folder does not necessarily impact the files that exist in the online Dropbox folder.

14          f.      Primarily within the Dropbox attributes on Lab 2, I identified a number of

15   file names and paths that contain "SSB" such as:

16   SSB Expansion PRE FP 10-01-15.pdf
     ssb stuff

17   ssb stuff/validation stuff/validation studies
     ssb stuff/supply validation pics/1.jpg

18   SSB Clinic Release V17Nov15.pdf
     SSB SOP Menu.doc

19   SSB Values.docx
     SSB Vial Transfer Sheet V18Dec12 (deleted 9d57f4dc5fec46c5578e829aaof7374b).pdf
     'nThaw Instructions Form SSB (deleted ea0c0614f6c7197d9d3375128c32793d).pdf

20

**DECLARATION OF ALLISON GOODMAN, CCE - 10**
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

==SSB== SpermCryoSurvivalAssay Data Sheet 2016-03-07 _ MaTat (deleted 3e127441d5073a16666850b96fa4af42).xlsx

g.      As the above file names indicate, the files themselves have been deleted, but there are still remnants of the files on the computer indicating that the files were opened.  For example, there are several paragraphs from a document regarding Vial Destruction and Missing Vial Documentation that specifically references SSB within the document and also identifies another SSB document as an additional reference.

h.      Data responsive to a search for "SSB" identified even more remnants of actual documents on Lab 1 including internal memos regarding procedures such as "SSB Specimen Cup Validation" and "SSB Morphology Retrospective Validation Study".

i.      Both Lab 1 and Lab 2 have evidence that a search was conducted on the computers for "SSB" on or around October 17, 2017.  This indicates that after the defendants deleted the Dropbox folders (and potentially other folders that contained SSB data), they ran a search to identify any areas they may have missed.

31.      As indicated above, this is a very preliminary analysis of only 2 of the 14 devices that were imaged at Cyrobank and identified in Exhibit 7.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Signed this 18th day of December 2017 at Bellevue, Washington.

_____
Allison Goodman

**DECLARATION OF ALLISON GOODMAN, CCE - 11**
CASE NO.  2:17-cv-01487-RAJ

1

## CERTIFICATE OF SERVICE

2
    I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

3
               ***Co-Counsel for Defendants***
               Charles L. Butler, III

4
               Hacker & Willig, Inc., P.S.
               520 Pike Street, Suite 2500

5
               Seattle, WA 98101-1385

6
               ***Co-Counsel for Defendants***
               Warren V. Norred, *Pro Hac Vice*

7
               Norred Law, PLLC
               200 E. Abram, Suite 300
               Arlington, TX 76010

8

9
    DATED this 26th day of December, 2017.

10
                            */s/ Katie Angelikis*
                            Katie Angelikis, Legal Assistant

11

12

13

14

15

16

17

18

19

20

**DECLARATION OF ALLISON GOODMAN, CCE - 12**
CASE NO.  2:17-cv-01487-RAJ