Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE SPERM BANK, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CRYOBANK AMERICA, LLC, a Texas limited liability company; MICHAEL BLAINE, a Texas resident; SANJAY KUMAR, a Texas resident,<br><br>Defendants. | CASE NO. 2:17-cv-01487-RAJ<br><br>**NOTICE OF INTENT TO FILE SURREPLY** |

Plaintiff, pursuant to LR 7(g)(1), files this notice of intent to file a surreply in reply to Defendants' Reply in Support of Defendants' Motion to Dismiss filed on January 2, 2018 (ECF No. 26) and attached Declaration of Michael Blaine (ECF No. 26).

**NOTICE OF INTENT TO FILE SURREPLY - 1**
CASE NO. 2:17-cv-01487-RAJ

| | |
|---|---|
| 1 | DATED this 3rd day of January, 2018. |
| 2 | SUMMIT LAW GROUP PLLC |
| 3 | By *s/ Alexander A. Baehr* |
| 4 | Alexander A. Baehr, WSBA No. 25320<br>*alexb@summitlaw.com* |
| 5 | Steven O. Fortney, WSBA 44704<br>*stevef@summitlaw.com* |
| 6 | 315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104-2682<br>Telephone: (206) 676-7000<br>Facsimile: (206) 676-7001 |
| 7 | |
| 8 | Attorneys for Plaintiff Seattle Sperm Bank, LLC |

**NOTICE OF INTENT TO FILE SURREPLY - 2**
CASE NO. 2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date indicated below she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically serve the foregoing via the CM/ECF system by sending notification of such filing to all counsel of record herein.

DATED this 3rd day of January, 2018.

*s/ Karen M. Lang*
Karen M. Lang, Legal Assistant
SUMMIT LAW GROUP PLLC

**NOTICE OF INTENT TO FILE SURREPLY - 3**
CASE NO. 2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001