1

2

3

4

5

6

7

8

9

10

11

12

13

14

Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE SPERM BANK, LLC,

　　　　　　　　Plaintiff(s),

　　v.

CRYOBANK AMERICA, LLC,
*et al.*,

　　　　　　　　Defendant(s).

No. C17-1487 RAJ

ORDER SETTING AMENDED
TRIAL DATE AND RELATED
DATES

15

16

17

　　　Finding good cause, the Court GRANTS the parties' Stipulated Motion to

Amend Case Schedule (Dkt. #30) and continues the trial date and remaining pretrial

deadlines as follows:

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| **BENCH TRIAL DATE** | **APRIL 15, 2019** |
| Length of Trial | 4 days |
| Expert Witness Disclosure/Reports Under FRCP 26(a)(2) Due | October 17, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR7(d)(3) | |
| Deadline to Complete Discovery | December 17, 2018 |

ORDER SETTING AMENDED
TRIAL DATE AND RELATED DATES – 1

| | |
|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter pursuant to LCR7(d)(3) | January 15, 2019 |
| All motions *in limine* must be filed by and noted on the motion calendar three Fridays thereafter pursuant to LCR7(d)(4) | March 19, 2019 |
| Agreed Pretrial Order due | April 1, 2019 |
| Pretrial conference | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due | April 8, 2019 |

**These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown.**  Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**COUNSEL ARE DIRECTED TO REVIEW JUDGE JONES' CHAMBERS PROCEDURES at** http://www.wawd.uscourts.gov/judges/jones-procedures.  **Counsel are expected to abide by the requirements set forth therein.  Failure to do so may result in the imposition of sanctions.**

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

///

///

///

///

ORDER SETTING AMENDED
TRIAL DATE AND RELATED DATES – 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## ALTERATIONS TO FILING PROCEDURES

Counsel are required to electronically file all documents with the Court.  Pro se litigants may file either electronically or in paper form.  Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The following alterations to the Filing Procedures apply in all cases pending before Judge Jones:

1.      **Mandatory chambers copies are required for <u>all</u> e-filed motions, responses, replies, and surreplies, and <u>all</u> supporting documentation relating to motions, regardless of page length.**

The  paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing.  The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."  The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options."  This requirement applies also to pleadings filed under seal.

2.      Searchable PDFs:  All documents filed electronically must be submitted in PDF format to permit text searches and to facilitate transmission and retrieval. Before these documents are electronically filed, the CM/ECF User shall convert the documents to PDF format.  These documents may not be scanned.

## EXHIBITS

The original and one copy of any exhibits to be used at trial are to be delivered to chambers no later than 4:00 p.m. on the date set forth above.  Each exhibit shall be clearly marked.  Exhibit tags are available in the Clerk's Office.  The Court hereby sets forth the following procedure for numbering exhibits:  Plaintiff's exhibits shall be numbered consecutively beginning with 1.  Defendant's exhibits

ORDER SETTING AMENDED
TRIAL DATE AND RELATED DATES – 3

shall be numbered consecutively after Plaintiff's exhibits using the next number sequence not used by Plaintiff (*e.g.*, if Plaintiff has marked 150 exhibits, Defendant shall mark its exhibits beginning with 200) .  Duplicate documents shall not be listed twice.  Once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement, if possible.  Counsel and the parties are further directed to cooperate in preparing the final Pretrial Order in the format required by LCR 16.1, except as it pertains to exhibits, as ordered above.

## SETTLEMENT

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at victoria_ericksen@wawd.uscourts.gov.  An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED:    August 14, 2018.

The Honorable Richard A. Jones
United States District Judge

ORDER SETTING AMENDED
TRIAL DATE AND RELATED DATES – 4