IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE SPERM BANK, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CRYOBANK AMERICA, LLC, a Texas limited liability company; MICHAEL BLAINE, a Texas resident; SANJAY KUMAR, a Texas resident,<br><br>Defendants. | CASE NO.  2:17-cv-01487-RAJ<br><br>NOTICE OF WITHDRAWAL |

NOTICE IS HEREBY GIVEN that Steven O. Fortney of Summit Law Group PLLC is no longer counsel of record in the above-captioned matter.  Alexander A. Baehr of Summit Law Group PLLC remains counsel of record and should continue to receive notices.

DATED this 17th day of September, 2018.

SUMMIT LAW GROUP PLLC
By *s/ Steven O. Fortney*
Steven O. Fortney, WSBA 44704
*stevef@summitlaw.com*

NOTICE OF WITHDRAWAL - 1
CASE NO.  2:17-cv-01487-RAJ

1

*s/ Alexander A. Baehr*
Alexander A. Baehr, WSBA No. 25320
*alexb@summitlaw.com*
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104-2682
Telephone: (206) 676-7000
Facsimile: (206) 676-7001

Attorneys for Plaintiff Seattle Sperm Bank, LLC

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

NOTICE OF WITHDRAWAL - **2**
CASE NO. 2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Charles L. Butler, III
>Hacker & Willig, Inc., P.S.
>520 Pike Street, Suite 2500
>Seattle, WA  98101
>
>Warren V. Norred
>Norred Law, PLLC
>200 E. Abram, Suite 300
>Arlington, TX 76010
>
>*Attorneys for Defendants*

DATED this 17th day of September, 2018.

>*s/ Colleen A. Broberg*
>Colleen A. Broberg, Legal Assistant
>SUMMIT LAW GROUP PLLC

NOTICE OF WITHDRAWAL - **3**
CASE NO.  2:17-cv-01487-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001